IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VOCAL TEXAS, *on its own behalf*, and SKYLOR JOHNSON and MITCHELL BARRINGTON, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVIS COUNTY, TEXAS, <br><br> Defendant. | § § § § § § § § § § § § | 1:24-CV-386-RP |

## ORDER

On December 23, 2025, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 45). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 29, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE